■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LUFT, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Miller, J.), imposed April 28, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, O'Connor and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MARIGLIANO, Appellant. — Judgment of the Supreme Court, Kings County (Scholnick, J.), rendered June 18, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., O'Connor, Rubin and Boyers, JJ., concur.